**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>   v.<br>Raul Bamaca Perez,<br><br>           Defendant. | **CR 05-3234-M**<br><br>**ORDER** |

Upon motion of the government to dismiss the Complaint in this matter for failure of the government to indict the defendant within the limitation to file an indictment pursuant to Title 18 United States Code, Section 3162 (a) (1), without prejudice, and good cause appearing,

IT IS ORDERED dismissing the Complaint in this matter without prejudice.

DATED this 30th day of September, 2005.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge